UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15-CR-2094-BAS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| VICTOR MENDOZA-CORRALES, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information against defendant VICTOR MENDOZA-CORRALES in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 21, 2016.

*[signature: Cynthia Bashant]*

The Honorable Cynthia Bashant
United States District Judge